```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――――――
SIGMA IMAGING TECHNOLOGIES, INC.,
                                          20-cv-9353 (JGK)
                     Plaintiff,
                                          ORDER
          - against -

NEIGHBORHOOD RADIOLOGY MANAGEMENT
SERVICES, LLC,

                     Defendant.
―――――――――――――――――――――――――――――――――
```

**JOHN G. KOELTL, District Judge:**

The Court accepts the amended Amended Complaint, even though tardy.

**SO ORDERED.**

**Dated:**     **New York, New York**
              **January 25, 2021**

                                           /s/ John G. Koeltl
                                           **John G. Koeltl**
                               **United States District Judge**