

**New York**
85 Third Avenue, 20th Floor
New York, NY 10022-4834
Tel: 212.209.3050
Fax: 212.371.5500

**Princeton**
5 Vaughn Drive
Princeton, NJ 08540-6313
Tel: 609.514.1500
Fax: 609.514.1501

www.reitlerlaw.com

February 10, 2021

**VIA ECF**

The Honorable John G. Koeltl
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

   Re: Sigma Imaging Technologies, Inc. v. Neighborhood Radiology Management Services, LLC, Case No. 1:20-cv-09353-JGK

Dear Judge Koeltl:

  We are counsel to Sigma Imaging Technologies, Inc ("Plaintiff"), in the above-referenced action. We write, with consent from general counsel for Defendant Neighborhood Radiology Management Services, LLC ("Defendant"), to request an adjournment of the Pretrial Conference scheduled for February 18, 2021. Due to prior engagements, the undersigned will not be available on February 17 through February 19.

  Pursuant to Your Honor's Individual Practices Rule I(E), the parties respectfully request that the Court grant the parties' request to adjourn the Pretrial Conference to the week beginning February 22, 2021. Plaintiff will email this letter to Defendant as Defendant's general counsel does not have Electronic Case Filing credentials.

  We thank the Court for its attention to this matter.

Application granted.  Conference is adjourned until
February 23, 2021 at 12:00pm.
SO ORDERED.
          /s/ John G. Koeltl
New York, New York    John G. Koeltl
February 10, 2021      U.S.D.J.

Respectfully submitted,

 s/ Brett Van Benthysen
Brett Van Benthysen

cc: Lawrence M. Buchwatler (lbuchwalter@nrsmed.com)