**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
––––––––––––––––––––––––––––––––––––––––

**SIGMA IMAGING TECHNOLOGIES, INC.,**

            **Plaintiffs,**

    - against -

**NEIGHBORHOOD RADIOLOGY MANAGEMENT SERVICES, LLC,**

            **Defendants.**
––––––––––––––––––––––––––––––––––––––––

**20-cv-9353(JGK)**

<u>**ORDER**</u>

**JOHN G. KOELTL, District Judge:**

    As discussed during the teleconference held on February 23, 2021, the parties should send the court a letter by Friday, February 26, 2021, with the citizenship of each member of the defendant LLC.

**SO ORDERED.**

**Dated:**    **New York, New York**
             **February 23, 2020**

                                      /s/ John G. Koeltl
                                          **John G. Koeltl**
                            **United States District Judge**