UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────────

SIGMA IMAGING TECHNOLOGIES, INC.,

              Plaintiff,

    - against -

NEIGHBORHOOD RADIOLOGY MANAGEMENT
SERVICES, LLC,

              Defendant.
───────────────────────────────────────

20-cv-9353 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

The parties should submit a letter to the Court with respect to the status of the case by March 12, 2021.

SO ORDERED.

Dated:    New York, New York
           February 26, 2021

                              /s/ John G. Koeltl
                                John G. Koeltl
                      United States District Judge